# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KEVIN LEONEL GUTIERREZ-MANZANAREZ,

Petitioner,

v.

JAMES JANECKA, *et al.*,

Respondents.

Case No.  5:26-cv-04242-RAO

**ORDER GRANTING PETITIONER'S UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner Kevin Leonel Gutierrez-Manzanarez ("Petitioner," A# 246-126-063), represented by counsel, filed a Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2241, challenging his immigration detention.  Dkt. No. 1 ("Pet.")  Petitioner seeks immediate release. *Id*.

In light of Respondents' non-opposition to the Petition, the Court GRANTS the unopposed Petition and ORDERS Respondents to:

(1) Release Petitioner from custody immediately;

(2) Return all property to Petitioner that was confiscated from her when she was arrested and processed into detention; and

///

(3) File a status report with the court within three (3) business days of Petitioner's release, attesting to Respondents' compliance with this Order.

DATED:  August 7, 2026

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

2