JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

KEVIN LEONEL GUTIERREZ MANZANAREZ,

Petitioner,

v.

JAMES JANECKA, *et al.*,

Respondents.

Case No. 5:26-cv-04242-RAO

**JUDGMENT**

Pursuant to the court's Order Granting Petitioner Kevin Leonel Gutierrez Manzanarez's ("Petitioner," A# 246-126-063) Unopposed Petition for Writ of Habeas Corpus ("Petition," Dkt. 1),

IT IS ORDERED AND ADJUDGED that the Petition (Dkt. 1) is GRANTED and Judgment is ENTERED in Petitioner's favor.

DATED: August 7, 2026

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE